AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| The People of the State of New York, et al. | ) |
| *Plaintiff* | ) |
| v. | )    Case No.    1:26-cv-02117 |
| OneMain Holdings, Inc., et al. | ) |
| *Defendant* | ) |

### APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

THE STATE OF NEVADA                                                                         .

Date:      03/19/2026

/s/ Anthony J. Walsh
*Attorney's signature*

Anthony J. Walsh, Nevada Bar No. 14128
*Printed name and bar number*

State of Nevada, Office of the Attorney General
Bureau of Consumer Protection
100 N. Carson Street
Carson City, Nevada 89701
*Address*

ajwalsh@ag.nv.gov
*E-mail address*

(775) 684-1244
*Telephone number*

(775) 684-1299
*FAX number*