**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

---

The People of the State of New York, by Attorney General Letitia James; the Commonwealth of Pennsylvania, by Attorney General David W. Sunday, Jr.; State of Colorado, by Attorney General Phillip J. Weiser; State of Indiana, by Attorney General Todd Rokita; Maryland Office of the Attorney General, Consumer Protection Division; State of Nevada, by Attorney General Aaron D. Ford; State of New Hampshire; State of New Jersey; State of North Dakota; State of Oklahoma; State of South Dakota; State of Washington; State of Virginia; and State of Wisconsin.

    Plaintiffs,

  v.

OneMain Holdings, Inc.; OneMain Finance Corporation; OneMain Consumer Loan, Inc.; OneMain Financial Holdings, LLC; OneMain Financial Group, LLC; OneMain Financial, Inc.

    Defendants.

Civil Case No. 1:26-cv-2117

**MOTION FOR ADMISSION**
***PRO HAC VICE***

---

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Cameron R. Capps, hereby move this Court for an Order to appear *Pro Hac Vice* as counsel for the Plaintiff State of Oklahoma in the above captioned action.

I am in good standing of the bar of the State of Oklahoma and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: March 19, 2026

Respectfully Submitted,


s/Cameron R. Capps
Cameron R. Capps, OBA #32742
Deputy Attorney General
Office of the Oklahoma Attorney General
313 N.E. 21st Street
Oklahoma City, OK 73105
Telephone: (405) 522-0858
Email: Cameron.Capps@oag.ok.gov
*Counsel for Plaintiff State of Oklahoma*