## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

<table>
<tr>
<td>

The People of the State of New York, by Attorney General Letitia James; the Commonwealth of Pennsylvania, by Attorney General David W. Sunday, Jr.; State of Colorado, by Attorney General Phillip J. Weiser; State of Indiana, by Attorney General Todd Rokita; Maryland Office of the Attorney General, Consumer Protection Division; State of Nevada, by Attorney General Aaron D. Ford; State of New Hampshire; State of New Jersey; State of North Dakota; State of Oklahoma; State of South Dakota; State of Washington; State of Virginia; and State of Wisconsin.

          Plaintiffs,

    v.

OneMain Holdings, Inc.; OneMain Finance Corporation; OneMain Consumer Loan, Inc.; OneMain Financial Holdings, LLC; OneMain Financial Group, LLC; OneMain Financial, Inc.

        Defendants.

</td>
<td>

Civil Case No. 1:26-cv-2117

</td>
</tr>
</table>

## DECLARATION OF CAMERON CAPPS IN SUPPORT OF
## MOTION FOR ADMISSION PRO HAC VICE

I, Cameron Capps, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following is true and correct:

1. I am a Deputy Attorney General with the Oklahoma Office of the Attorney General.

2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of Oklahoma.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6. There are no pending disciplinary proceedings presently against me in any state or federal court.

7. Wherefore, your Declarant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in Civil Case No. 1:26-cv-2117 for the State of Oklahoma.

I hereby declare under penalty of perjury that the foregoing statements are true and correct.

Dated: Oklahoma City, OK

[March 19, 2026]

Respectfully Submitted,

*/s/ Cameron Capps*

Cameron R. Capps, OBA #32742
Deputy Attorney General
Office of the Oklahoma Attorney General
313 N.E. 21st Street
Oklahoma City, OK 73105
Telephone: (405) 522-0858
Email: Cameron.Capps@oag.ok.gov
*Counsel for Plaintiff State of Oklahoma*