## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The People of the State of New York, by Attorney General Letitia James; the Commonwealth of Pennsylvania, by Attorney General David W. Sunday, Jr.; State of Colorado, by Attorney General Phillip J. Weiser; State of Indiana, by Attorney General Todd Rokita; Maryland Office of the Attorney General, Consumer Protection Division; State of Nevada, by Attorney General Aaron D. Ford; State of New Hampshire; State of New Jersey; State of North Dakota; State of Oklahoma; State of South Dakota; State of Washington; State of Virginia; and State of Wisconsin. | Civil Case No. 1:26-cv-2117 |

     Plaintiffs,

     v.

OneMain Holdings, Inc.; OneMain Finance Corporation; OneMain Consumer Loan, Inc.; OneMain Financial Holdings, LLC; OneMain Financial Group, LLC; OneMain Financial, Inc.

     Defendants.

## [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

The motion of Cameron Capps for admission to practice Pro Hac Vice as counsel for the State of Oklahoma in the above-captioned case is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Oklahoma and that his contact information is as follows:

Cameron R. Capps, OBA #32742
Deputy Attorney General
Office of the Oklahoma Attorney General
313 N.E. 21st Street
Oklahoma City, OK 73105
Telephone: (405) 522-0858
Email: Cameron.Capps@oag.ok.gov

Applicant having requested admission Pro Hac Vice to appear as counsel for the State of Oklahoma in the above entitled action;

**IT IS HEREBY ORDERED** that Cameron Capps is admitted to appear and practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys.


Dated: _____
New York, NY                                          _____
                                                     Judge Paull A. Engelmayer
                                                     United States District Judge

2