## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| The People of the State of New York, by Attorney General Letitia James; the Commonwealth of Pennsylvania, by Attorney General David W. Sunday, Jr.; State of Colorado, ex rel. Philip J. Weiser, Attorney General, and Martha Fulford, Administrator; Maryland Office of the Attorney General; State of Nevada; State of New Hampshire; State of New Jersey, by Attorney General Jennifer Davenport; State of North Dakota, ex rel. Drew H. Wrigley, Attorney General; State of Oklahoma; State of South Dakota; Commonwealth of Virginia, ex rel. Jay Jones, Attorney General; State of Washington; and State of Wisconsin, <br><br> Plaintiffs, <br><br> v. <br><br> OneMain Holdings, Inc.; OneMain Finance Corporation; OneMain Consumer Loan, Inc.; OneMain Financial Holdings, LLC; OneMain Financial Group, LLC; OneMain Financial, Inc., <br><br> Defendants. | Civil Case No. 1:26-cv-2117- <br><br> **ORDER GRANTING** <br> **MOTION FOR ADMISSION** <br> **PRO HAC VICE** |

The motion of ZEYAD A. ASSAF for admission to practice Pro Hac Vice as counsel for the State of New Jersey in the above-captioned case is **granted**.

Applicant has declared that he is a member in good standing of the bars of NJ and NY, and that his contact information is as follows:

ZEYAD A. ASSAF
Deputy Attorney General
Attorney for the State of New Jersey
New Jersey Office of the Attorney General
Division of Law
124 Halsey St., 5th Fl.
Newark, New Jersey 07102
Phone: (609) 696-5363

1

Email: Zeyad.Assaf@law.njoag.gov

Applicant having requested admission Pro Hac Vice to appear as counsel for the State of

New Jersey in the above entitled action;

**IT IS HEREBY ORDERED** that ZEYAD A. ASSAF is admitted to appear and practice

Pro Hac Vice in the above-captioned case in the United States District Court for the Southern

District of New York.  All attorneys appearing before this Court are subject to the Local Rules

of this Court, including the Rules governing the discipline of attorneys.

Dated: _3/23/2026_____

New York, NY

_____Paul A. Engelmyer_____

United States District Judge