## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

The People of the State of New York, by Attorney General Letitia James; the Commonwealth of Pennsylvania, by Attorney General David W. Sunday, Jr.; State of Colorado, ex rel. Philip J. Weiser, Attorney General, and Martha Fulford, Administrator; Maryland Office of the Attorney General; State of Nevada; State of New Hampshire; State of New Jersey, by Attorney General Jennifer Davenport; State of North Dakota, ex rel. Drew H. Wrigley, Attorney General; State of Oklahoma; State of South Dakota; Commonwealth of Virginia, ex rel. Jay Jones, Attorney General; State of Washington; and State of Wisconsin,

      Plaintiffs,

      v.

OneMain Holdings, Inc.; OneMain Finance Corporation; OneMain Consumer Loan, Inc.; OneMain Financial Holdings, LLC; OneMain Financial Group, LLC; OneMain Financial, Inc.

      Defendants.

Case No: 1:26-cv-2117

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

The motion of Kevin Burns for admission to practice Pro Hac Vice as counsel for the state of Colorado in the above-captioned case is granted.

Applicant has declared that he is a member in good standing of the bar of Colorado and that his contact information is as follows:

> KEVIN J. BURNS
> State of Colorado
> Ralph L. Carr Colorado Judicial Center
> 1300 Broadway, 9th Floor
> Denver, CO 802023
> 720-508-6000
> Kevin.Burns@coag.gov

Applicant having requested admission Pro Hac Vice to appear as counsel for Colorado in

the above entitled action;

**IT IS HEREBY ORDERED** that Kevin Burns is admitted to appear and practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys.

Dated: 3/23/2026

New York, NY

Paul A. Engelmayer

Judge Paul A. Engelmayer
United States District Judge

2