AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York  ▾

| | |
|---|---|
| People of the State of New York, et at. | ) |
| *Plaintiff* | ) |
| v. | ) |
| OneMain Holdings, Inc., et at. | ) |
| *Defendant* | ) |

Case No.   1:26-cv-2117

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the State of Colorado                                                                                          .

Date:     03/19/2026

/s/ Mark T. Barnes
*Attorney's signature*

Mark T. Barnes
*Printed name and bar number*
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 9th Floor
Denver, CO 80203

*Address*

Mark.Barnes@coag.gov
*E-mail address*

(720) 508-6000
*Telephone number*

*FAX number*

| Print | Save As... | | Reset |
|---|---|---|---|