# Supreme Court of Virginia

## AT RICHMOND

## Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia,

do hereby certify that

Edward John Bennett

was admitted to practice as an attorney and counsellor at the bar of this Court on

October 28, 1996.

I further certify that so far as the records of this office are

concerned, Edward John Bennett is a member of the bar of this Court in

good standing.

Witness my hand and seal of said Court

This 25th day of March

A.D. 2026

By: _Ersina Pcidelli_

Deputy Clerk