**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| The People of the State of New York, by Attorney General Letitia James; the Commonwealth of Pennsylvania, by Attorney General David W. Sunday, Jr.; State of Colorado, ex rel. Philip J. Weiser, Attorney General, and Martha Fulford, Administrator; Maryland Office of the Attorney General; State of Nevada; State of New Hampshire; State of New Jersey, by Attorney General Jennifer Davenport; State of North Dakota, ex rel. Drew H. Wrigley, Attorney General; State of Oklahoma; State of South Dakota; Commonwealth of Virginia, ex rel. Jay Jones, Attorney General; State of Washington; and State of Wisconsin,<br><br>        Plaintiffs,<br><br>        v.<br><br>OneMain Holdings, Inc.; OneMain Finance Corporation; OneMain Consumer Loan, Inc.; OneMain Financial Holdings, LLC; OneMain Financial Group, LLC; OneMain Financial, Inc.,<br><br>        Defendants. | Case No: 1:26-cv-2117<br><br>Hon. Paul A. Engelmayer<br><br>**MOTION FOR ADMISSION**<br>***PRO HAC VICE*** |

Pursuant to Rule 1.3 of the Local Civil Rules of the United States Courts for the Southern and Eastern Districts of New York, Ryan T. Scarborough hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for OneMain Holdings, Inc.; OneMain Finance Corporation; OneMain Consumer Loan, Inc.; OneMain Financial Holdings, LLC; OneMain Financial Group, LLC; and OneMain Financial, Inc. in the above-captioned action.

I am in good standing of the bars of the District of Columbia and Virginia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit required by Local Civil Rule 1.3.

Dated: March 27, 2026
      Washington, D.C.

Respectfully submitted,

*/s/ Ryan T. Scarborough*

Ryan T. Scarborough
Williams & Connolly LLP
680 Maine Avenue SW
Washington, DC 20024
(202) 434-5000
rscarborough@wc.com

**CERTIFICATE OF SERVICE**

This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on March 27, 2026.

/s/ Ryan Scarborough
Ryan Scarborough