

# SUPREME COURT
## State of Colorado,

**STATE OF COLORADO, ss:**

I, **Cheryl Stevens** , *Clerk of the Supreme Court of the State of Colorado, do hereby certify that*

**Paul Andrew Hoversten**

*has been duly licensed and admitted to practice as an*

## ATTORNEY AND COUNSELOR AT LAW

*within this State; and that this name appears upon the Roll of Attorneys and Counselors at Law in my office of date the* __**20**th__

*day of* __**December**__ *A.D.* __**2018**__ *and that at the date hereof the said* __**Paul Andrew Hoversten**__ *is in good standing at this Bar.*



**IN WITNESS WHEREOF**, *I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this* __**23**rd__ *day of* __**March**__ *A.D.* __**2026**__

**Cheryl Stevens**

_____ Clerk

By _____

Deputy Clerk