**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| The People of the State of New York, by Attorney General Letitia James; the Commonwealth of Pennsylvania, by Attorney General David W. Sunday, Jr.; State of Colorado, ex rel. Philip J. Weiser, Attorney General, and Martha Fulford, Administrator; Maryland Office of the Attorney General; State of Nevada; State of New Hampshire; State of New Jersey, by Attorney General Jennifer Davenport; State of North Dakota, ex rel. Drew H. Wrigley, Attorney General; State of Oklahoma; State of South Dakota; Commonwealth of Virginia, ex rel. Jay Jones, Attorney General; State of Washington; and State of Wisconsin, | Case No: 1:26-cv-2117 |
|  | Hon. Paul A. Engelmayer |
| Plaintiffs, |  |
| v. | **DECLARATION OF SUZANNE M. SALGADO IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |
| OneMain Holdings, Inc.; OneMain Finance Corporation; OneMain Consumer Loan, Inc.; OneMain Financial Holdings, LLC; OneMain Financial Group, LLC; OneMain Financial, Inc., |  |
| Defendants. |  |

I, Suzanne M. Salgado, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following is true and correct and within my personal knowledge:

1.  I am a partner at Williams & Connolly LLP.  My contact information is as follows:

    > Williams & Connolly LLP
    > 680 Maine Avenue SW
    > Washington, DC 20024
    > (202) 434-5000
    > ssalgado@wc.com

2.  I submit this declaration in support of my motion for admission to practice *pro hac vice* in the above-captioned matter on behalf of OneMain Holdings, Inc.; OneMain Finance Corporation; OneMain Consumer Loan, Inc.; OneMain Financial Holdings, LLC; OneMain Financial Group, LLC; and OneMain Financial, Inc. ("Defendants").

3. As shown in the certificates of good standing attached hereto, I am a member in good standing of the bars of the District of Columbia and Maryland.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6. There are no pending disciplinary proceedings presently against me in any state or federal court.

7. Wherefore, your Declarant respectfully requests that she be permitted to appear as counsel for Defendants and advocate *pro hac vice* in the United States District Court for the Southern District of New York.

I declare under penalty of perjury that the foregoing statements are true and correct.


Dated: March 27, 2026
       Washington, D.C.

Respectfully submitted,

 */s/ Suzanne M. Salgado*
Suzanne M. Salgado
Williams & Connolly LLP
680 Maine Avenue SW
Washington, DC 20024
(202) 434-5000
ssalgado@wc.com