**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| The People of the State of New York, by Attorney General Letitia James; the Commonwealth of Pennsylvania, by Attorney General David W. Sunday, Jr.; State of Colorado, ex rel. Philip J. Weiser, Attorney General, and Martha Fulford, Administrator; Maryland Office of the Attorney General; State of Nevada; State of New Hampshire; State of New Jersey, by Attorney General Jennifer Davenport; State of North Dakota, ex rel. Drew H. Wrigley, Attorney General; State of Oklahoma; State of South Dakota; Commonwealth of Virginia, ex rel. Jay Jones, Attorney General; State of Washington; and State of Wisconsin,<br><br>        Plaintiffs,<br><br>        v.<br><br>OneMain Holdings, Inc.; OneMain Finance Corporation; OneMain Consumer Loan, Inc.; OneMain Financial Holdings, LLC; OneMain Financial Group, LLC; OneMain Financial, Inc.,<br><br>        Defendants. | Case No: 1:26-cv-2117<br><br>Hon. Paul A. Engelmayer<br><br><br>**[PROPOSED]<br>ORDER GRANTING<br>MOTION FOR ADMISSION<br>*PRO HAC VICE*** |

The motion of Suzanne M. Salgado ("Applicant") for admission to practice *Pro Hac Vice* as counsel for OneMain Holdings, Inc.; OneMain Finance Corporation; OneMain Consumer Loan, Inc.; OneMain Financial Holdings, LLC; OneMain Financial Group, LLC; OneMain Financial, Inc. ("Defendants") in the above-captioned case is granted.

Applicant has declared that she is a member in good standing of the bars of the District of Columbia and Maryland and that her contact information is as follows:

Williams & Connolly LLP
680 Maine Avenue SW
Washington, DC 20024
(202) 434-5000
ssalgado@wc.com

Applicant, having requested admission *Pro Hac Vice* to appear as counsel for Defendants in the above-entitled action,

**IT IS HEREBY ORDERED** that Suzanne M. Salgado is admitted to appear and practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys.


Dated: _____
New York, NY

_____
Judge Paul A. Engelmayer
United States District Judge