AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| People of the State of New York, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:26-cv-2117 |
| OneMain Holdings, Inc., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

OneMain Holdings, Inc.; Onemain Finance Corporation; OneMain Consumer Loan, Inc.; OneMain                    .
Financial Holdings, LLC; OneMain Financial Group, LLC; OneMain Financial, Inc.

Date:        03/30/2026                                  /s/ Paul A. Hoversten
                                                    *Attorney's signature*


                                          Paul A. Hoversten, DC Bar 1644268
                                          *Printed name and bar number*

                                          Williams & Connolly LLP
                                          680 Maine Avenue SW
                                          Washington, DC 20024

                                                  *Address*


                                          phoversten@wc.com
                                                  *E-mail address*


                                          (202) 434-5000
                                          *Telephone number*


                                                  *FAX number*