AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| People of the State of New York, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:26-cv-2117 |
| OneMain Holdings, Inc., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

OneMain Holdings, Inc.; Onemain Finance Corporation; OneMain Consumer Loan, Inc.; OneMain Financial Holdings, LLC; OneMain Financial Group, LLC; OneMain Financial, Inc.    .

Date:    03/30/2026

/s/ Ryan T. Scarborough
*Attorney's signature*

Ryan T. Scarborough, DC Bar 466956
*Printed name and bar number*

Williams & Connolly LLP
680 Maine Avenue SW
Washington, DC 20024

*Address*

rscarborough@wc.com
*E-mail address*

(202) 434-5000
*Telephone number*

*FAX number*