AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| People of the State of New York, et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:26-cv-2117 |
| OneMain Holdings, Inc., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

STATE OF NEW JERSEY                                                              .

Date:    03/30/2026

s/ Zeyad A. Assaf
*Attorney's signature*

Zeyad A. Assaf NJ # 290002021
*Printed name and bar number*

New Jersey Office of the Attorney General
Division of Law
124 Halsey St., 5th Fl.
Newark, New Jersey 07102
*Address*

Zeyad.Assaf@law.njoag.gov
*E-mail address*

(609) 696-5363
*Telephone number*

*FAX number*

| Print | Save As... | | Reset |
|---|---|---|---|