AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| People of the State of New York et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:26-cv-02117-PAE |
| Onemain Holdings, Inc. et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Office of the Attorney General for the State of Maryland, Consumer Protection Division        .

Date:    03/30/2026

/s/ Matthew G. Miller
*Attorney's signature*

Matthew G. Miller, Md. 2111230005
*Printed name and bar number*
200 St. Paul Place, 16th Floor
Baltimore, MD 21202

*Address*

mmiller@oag.maryland.gov
*E-mail address*

(410) 576-6925
*Telephone number*

(410) 576-6556
*FAX number*