AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| People of the State of New York, et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:26-cv-2117 |
| OneMain Holdings, Inc., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of North Dakota, ex. rel. Drew H. Wrigley, Attorney General                          .

Date:    03/30/2026

/s/ Tiffany J. Grossman
*Attorney's signature*

Tiffany J. Grossman ND # 08109
*Printed name and bar number*
North Dakota Office of Attorney General
Consumer Protection and Antitrust Division
1720 Burlington Drive, Suite C.
Bismarck, ND 58504-7736

*Address*

tgrossman@nd.gov
*E-mail address*

(701) 328-5570
*Telephone number*

*FAX number*