AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
### Southern District of New York ▾

| | |
|---|---|
| <u>People of the State of New York, et al.</u> | ) |
| *Plaintiff* | ) |
| v. | ) Case No.  1:26-cv-2117 |
| <u>OneMain Holdings, Inc., et al.</u> | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

<u>the State of Washington</u> .

Date:     <u>03/30/2026</u>

<u>/s/ Madeline Davis Rigsby</u>
*Attorney's signature*

<u>Madeline Davis Rigsby, WSBA #51261</u>
*Printed name and bar number*

Washington State Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98105

*Address*

<u>Maddie.DavisRigsby@atg.wa.gov</u>
*E-mail address*

<u>(206) 340-6773</u>
*Telephone number*

<u>(206) 587-5636</u>
*FAX number*