AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York  ▾

|  |  |
|---|---|
| People of the State of New York, et al. | ) |
| *Plaintiff* | ) |
| v. | ) |
| OneMain Holdings, Inc., et al. | ) |
| *Defendant* | ) |

Case No.   1:26-cv-2117

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the State of Washington                                                                                      .

Date:     03/30/2026

/s/ Marc Worthy
*Attorney's signature*

Marc Worthy, WSBA #29750
*Printed name and bar number*

Washington State Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98105

*Address*

Marc.Worthy@atg.wa.gov
*E-mail address*

(206) 464-6388
*Telephone number*

(206) 587-5636
*FAX number*