AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York    ▾

| | | |
|---|---|---|
| People of the State of New York, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:26-cv-2117 |
| OneMain Holdings, Inc., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the State of Washington                                                                              .

Date:    03/30/2026

*Ashley N. Gomez*
*Attorney's signature*

Ashley Gomez, WSBA #52093
*Printed name and bar number*

Washington State Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98105

*Address*

Ashley.Gomez@atg.wa.gov
*E-mail address*

(206) 389-3857
*Telephone number*

(206) 587-5636
*FAX number*