AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York 　▨

| | |
|---|---|
| The People of the State of New York, et al ___ ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   1 :26-cv-2117 |
| OneMain Holdings, Inc., et al ___ ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The State of New Hampshire ___

Date: March 31, 2026

___
*Attorney's signature*

Brandon H. Garod. NH Bar #21164
*Printed name and bar number*

1 Granite Place South
Concrod, NH 03301

___
*Address*

brandon.h.garod@doj.nh.gov
*E-mail address*

(603) 271-1217
*Telephone number*

(603) 271-2110
*FAX number*