**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| The People of the State of New York, by Attorney General Letitia James; the Commonwealth of Pennsylvania, by Attorney General David W. Sunday, Jr.; State of Colorado, *ex rel.* Philip J. Weiser, Attorney General, and Martha Fulford, Administrator; Maryland Office of the Attorney General; State of Nevada, by Attorney General Aaron D. Ford; State of New Hampshire; State of New Jersey, by Attorney General Jennifer Davenport; State of North Dakota, *ex rel.* Drew H. Wrigley, Attorney General; State of Oklahoma; State of South Dakota; Commonwealth of Virginia; State of Washington; and State of Wisconsin, <br><br> Plaintiffs, <br><br> v. <br><br> OneMain Holdings, Inc.; OneMain Finance Corporation; OneMain Consumer Loan, Inc.; OneMain Financial Holdings, LLC; OneMain Financial Group, LLC; OneMain Financial, Inc., <br><br> Defendants. | Civil Case No. 1:26-cv-02117 |

## [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

The motion of Logan Starr for admission to practice Pro Hac Vice as counsel for the state of Washington in the above-captioned case is granted.

Applicant has declared that he is a member in good standing of the bars of the states of California and Washington, and that his contact information is as follows:

> Logan Starr
> Washington State Office of the Attorney General
> 800 Fifth Avenue, Suite 2000
> Seattle, WA 98104
> 206-389-2733
> logan.starr@atg.wa.gov

Applicant having requested admission Pro Hac Vice to appear as counsel for Washington in the above entitled action;

2

**IT IS HEREBY ORDERED** that Logan Starr is admitted to appear and practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys.


Dated: _____                     _____

New York, NY                                        Judge
                                                    United States District Judge

2