**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| The People of the State of New York, by Attorney General Letitia James; the Commonwealth of Pennsylvania, by Attorney General David W. Sunday, Jr.; State of Colorado, *ex rel*. Philip J. Weiser, Attorney General, and Martha Fulford, Administrator; Maryland Office of the Attorney General; State of Nevada, by Attorney General Aaron D. Ford; State of New Hampshire; State of New Jersey, by Attorney General Jennifer Davenport; State of North Dakota, *ex rel.* Drew H. Wrigley, Attorney General; State of Oklahoma; State of South Dakota; Commonwealth of Virginia; State of Washington; and State of Wisconsin, | Civil Case No. 1:26-cv-2117 |

       Plaintiffs,

    v.

OneMain Holdings, Inc.; OneMain Finance Corporation; OneMain Consumer Loan, Inc.; OneMain Financial Holdings, LLC; OneMain Financial Group, LLC; OneMain Financial, Inc.,

       Defendants.

**DECLARATION OF LOGAN STARR IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Logan Starr, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following is true and correct:

1. I am an attorney with the Washington State Office of the Attorney General.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the bars of the states of California and Washington.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6.  There are no pending disciplinary proceedings presently against me in any state or federal court.

7.  Wherefore, your Declarant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in the above-captioned case for the State of Washington.

I hereby declare under penalty of perjury that the foregoing statements are true and correct.

Dated: Seattle, Washington
    April 01, 2026

Respectfully Submitted,

/s/ *Logan Starr*
Logan Starr
Washington State Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-389-2733
logan.starr@atg.wa.gov