# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

IN THE MATTER OF THE ADMISSION )

OF )

LOGAN MCMILLAN STARR )

TO PRACTICE IN THE COURTS OF THIS STATE )

_____ )

BAR NO. 55944

**CERTIFICATE**

**OF**

**GOOD STANDING**

I, Sarah R. Pendleton, Clerk of the Supreme Court of the State of Washington, hereby certify

**LOGAN MCMILLAN STARR**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on January 13, 2020, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of this Court on the 4th day of March, 2026.

Sarah R. Pendleton
Supreme Court Clerk
Washington State Supreme Court