AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York  ▾

| | |
|---|---|
| People of the State of New York et al | ) |
| *Plaintiff* | ) |
| v. | )    Case No.   1:26-cv-02117-PAE |
| Onemain Holdings, Inc. et al | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Commonwealth of Pennsylvania                                                                 .

Date:      04/02/2026

/s/ Nicholas Smyth
*Attorney's signature*

Nicholas F.B. Smyth, PA 307972
*Printed name and bar number*
PA Office of Attorney General
1251 Waterfront Pl, Level M
Pittsburgh, PA 15222

*Address*

nsmyth@attorneygeneral.gov
*E-mail address*

(412) 260-8342
*Telephone number*

*FAX number*