AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
### Southern District of New York ▼

| | |
|---|---|
| People of the State of New York, et al. | ) |
| *Plaintiff* | ) |
| v. | )   Case No.   1:26-cv-2117 |
| OneMain Holdings, Inc., et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the State of Washington                                                                                           .

Date:     04/03/2026

s/ Logan Starr
*Attorney's signature*

Logan Starr, WSBA #55944
*Printed name and bar number*

Washington State Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98105
*Address*

Logan.Starr@atg.wa.gov
*E-mail address*

(206) 389-2733
*Telephone number*

(206) 587-5636
*FAX number*