AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| People of the State of New York, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:26-cv-02117-PAE |
| OneMain Holdings, Inc., et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Commonwealth of Pennsylvania                                                                                      .

Date:    04/04/2026

_____
*Attorney's signature*

Kevin Mark Bendesky. PA 333946
*Printed name and bar number*

Pennsylvania Office of Attorney General
1600 Arch Street, Suite 300
Philadelphia, Pennsylvania 19103
*Address*

KBendesky@attorneygeneral.gov
*E-mail address*

(717) 836-5682
*Telephone number*

_____
*FAX number*