## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

The People of the State of New York, by Attorney
General Letitia James; the Commonwealth of
Pennsylvania, by Attorney General David W.
Sunday, Jr.; State of Colorado, ex rel. Philip J.
Weiser, Attorney General, and Martha Fulford,
Administrator; Maryland Office of the Attorney
General; State of Nevada, by Attorney General
Aaron D. Ford; State of New Hampshire; State of
New Jersey, by Attorney General Jennifer
Davenport; State of North Dakota, ex rel. Drew H.
Wrigley, Attorney General; State of Oklahoma;
State of South Dakota; Commonwealth of
Virginia; State of Washington; and State of
Wisconsin,

                    Plaintiffs,

          v.

OneMain Holdings, Inc.; OneMain Finance
Corporation; OneMain Consumer Loan, Inc.;
OneMain Financial Holdings, LLC; OneMain
Financial Group, LLC; OneMain Financial, Inc.

                    Defendants.

Civil Case No. 1:26-cv-02117

## [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

The motion of James E. Scott for admission to practice Pro Hac Vice as counsel for the

Commonwealth of Virginia in the above-captioned case is granted.

Applicant has declared that he is a member in good standing of the bars of the states of

Virginia and West Virginia, and that his contact information is as follows:

       James E. Scott
       Office of the Attorney General of Virginia
       202 North Ninth Street
       Richmond, VA 23219
       (804) 225-4778
       jscott@oag.state.va.us

Applicant having requested admission Pro Hac Vice to appear as counsel for the

Commonwealth of Virginia in the above entitled action;

**IT IS HEREBY ORDERED** that James E. Scott is admitted to appear and practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys.

Dated: _____          _____
New York, NY                             Judge Paul A. Engelmayer
                                         United States District Judge