## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The People of the State of New York, by Attorney General Letitia James; the Commonwealth of Pennsylvania, by Attorney General David W. Sunday, Jr.; State of Colorado, ex rel. Philip J. Weiser, Attorney General, and Martha Fulford, Administrator; Maryland Office of the Attorney General; State of Nevada, by Attorney General Aaron D. Ford; State of New Hampshire; State of New Jersey, by Attorney General Jennifer Davenport; State of North Dakota, ex rel. Drew H. Wrigley, Attorney General; State of Oklahoma; State of South Dakota; Commonwealth of Virginia; State of Washington; and State of Wisconsin, | Civil Case No. 1:26-cv-02117 <br><br> **DECLARATION OF JAMES E. SCOTT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

Plaintiffs,

v.

OneMain Holdings, Inc.; OneMain Finance Corporation; OneMain Consumer Loan, Inc.; OneMain Financial Holdings, LLC; OneMain Financial Group, LLC; OneMain Financial, Inc.

Defendants.

I, JAMES E. SCOTT, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following is true and correct:

1. I am a Senior Assistant Attorney General with the Office of the Attorney General of Virginia.

2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above-captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the bars of the states of VA and WV.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6. There are no pending disciplinary proceedings presently against me in any state or federal court.

7. Wherefore, your Declarant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this matter for the Commonwealth of Virginia.

I hereby declare under penalty of perjury that the foregoing statements are true and correct.

Dated: April 7, 2026
Richmond, VA

Respectfully Submitted,

/s/ JAMES E. SCOTT
JAMES E. SCOTT, VA Bar No. 88882
Unit Manager and Senior Assistant Attorney General
Office of the Attorney General of Virginia
Consumer Protection Section
202 North Ninth Street
Richmond, VA 23219
Ph: (804) 225-4778
jscott@oag.state.va.us