# Supreme Court of Virginia

## AT RICHMOND

## Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia,

do hereby certify that

James Edward Scott

was admitted to practice as an attorney and counsellor at the bar of this Court on

September 15, 2015.

I further certify that so far as the records of this office are

concerned, James Edward Scott is a member of the bar of this Court in good

standing.

Witness my hand and seal of said Court

This 25th day of March

A.D. 2026

By: _____

*Deputy Clerk*