STATE OF WEST VIRGINIA

I, Jennelle H. Jones, Chief Deputy Clerk of the Supreme Court of Appeals of West Virginia, hereby do certify that James Edward Scott, of Henrico, Virginia, an attorney duly licensed to practice law in this State, was admitted to practice law before the Supreme Court of Appeals of West Virginia, the highest court of the State, on the 20th day of October, 2009, is an attorney in good standing in said Court, and is currently on inactive status.

Given under my hand and seal of said Court, at Charleston, West Virginia, this 31st day of March 2026, and in the 163rd year of the State.

_____
Chief Deputy Clerk, Supreme Court of Appeals of West Virginia