IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The People of the State of New York, by Attorney General Letitia James; the Commonwealth of Pennsylvania, by Attorney General David W. Sunday, Jr.; State of Colorado, ex rel. Philip J. Weiser, Attorney General, and Martha Fulford, Administrator; Maryland Office of the Attorney General; State of Nevada, by Attorney General Aaron D. Ford; State of New Hampshire; State of New Jersey, by Attorney General Jennifer Davenport; State of North Dakota, ex rel. Drew H. Wrigley, Attorney General; State of Oklahoma; State of South Dakota; Commonwealth of Virginia; State of Washington; and State of Wisconsin, | Civil Case No. 1:26-cv-02117 |
| Plaintiffs, | |
| v. | |
| OneMain Holdings, Inc.; OneMain Finance Corporation; OneMain Consumer Loan, Inc.; OneMain Financial Holdings, LLC; OneMain Financial Group, LLC; OneMain Financial, Inc. | |
| Defendants. | |

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

The motion of James E. Scott for admission to practice Pro Hac Vice as counsel for the

Commonwealth of Virginia in the above-captioned case is granted.

Applicant has declared that he is a member in good standing of the bars of the states of

Virginia and West Virginia, and that his contact information is as follows:

James E. Scott
Office of the Attorney General of Virginia
202 North Ninth Street
Richmond, VA 23219
(804) 225-4778
jscott@oag.state.va.us

Applicant having requested admission Pro Hac Vice to appear as counsel for the

Commonwealth of Virginia in the above entitled action;

**IT IS HEREBY ORDERED** that James E. Scott is admitted to appear and practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys.

Dated:  _4/7/26_
New York, NY

_Paul A. Engelmayer_
Judge Paul A. Engelmayer
United States District Judge