AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| People of the State of New York, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:26-cv-02117-PAE |
| OneMain Holdings, Inc., et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Commonwealth of Virginia                                                              .

Date:     04/10/2026

*Attorney's signature*

James E. Scott, VA Bar. No. 88882
*Printed name and bar number*

Office of the Attorney General of Virginia
202 North Ninth Street
Richmond, Virginia 23219

*Address*

jscott@oag.state.va.us
*E-mail address*

(804) 225-4778
*Telephone number*

*FAX number*