**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| The People of the State of New York, by Attorney General Letitia James; the Commonwealth of Pennsylvania, by Attorney General David W. Sunday, Jr.; State of Colorado, ex rel. Philip J. Weiser, Attorney General, and Martha Fulford, Administrator; Maryland Office of the Attorney General; State of Nevada, by Attorney General Aaron D. Ford; State of New Hampshire; State of New Jersey, by Attorney General Jennifer Davenport; State of North Dakota, ex rel. Drew H. Wrigley, Attorney General; State of Oklahoma; State of South Dakota; Commonwealth of Virginia; State of Washington; and State of Wisconsin, <br><br> Plaintiffs, <br><br>    v. <br><br> OneMain Holdings, Inc.; OneMain Finance Corporation; OneMain Consumer Loan, Inc.; OneMain Financial Holdings, LLC; OneMain Financial Group, LLC; OneMain Financial, Inc. <br><br> Defendants. | Civil Case No. 1:26-cv-02117 <br><br> **MOTION FOR ADMISSION** *PRO HAC VICE* |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, MARK S. KUBIAK, hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for the Commonwealth of Virginia in the above-captioned action.

I am in good standing of the bar of the Commonwealth of Virginia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Respectfully Submitted,

/s/  MARK S. KUBIAK
MARK S. KUBIAK, VA Bar No.: 73119
Senior Assistant Attorney General
Office of the Attorney General of Virginia
Consumer Protection Section
202 North Ninth Street
Richmond, VA 23219
Ph:  (804) 786-7364
mkubiak@oag.state.va.us