# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The People of the State of New York, by Attorney General Letitia James; the Commonwealth of Pennsylvania, by Attorney General David W. Sunday, Jr.; State of Colorado, ex rel. Philip J. Weiser, Attorney General, and Martha Fulford, Administrator; Maryland Office of the Attorney General; State of Nevada, by Attorney General Aaron D. Ford; State of New Hampshire; State of New Jersey, by Attorney General Jennifer Davenport; State of North Dakota, ex rel. Drew H. Wrigley, Attorney General; State of Oklahoma; State of South Dakota; Commonwealth of Virginia; State of Washington; and State of Wisconsin, | Civil Case No. 1:26-cv-02117 |

Plaintiffs,

v.

OneMain Holdings, Inc.; OneMain Finance Corporation; OneMain Consumer Loan, Inc.; OneMain Financial Holdings, LLC; OneMain Financial Group, LLC; OneMain Financial, Inc.

Defendants.

## [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

The motion of Mark S. Kubiak for admission to practice Pro Hac Vice as counsel for the Commonwealth of Virginia in the above-captioned case is granted.

Applicant has declared that he is a member in good standing of the bar of the Commonwealth of Virginia, and that his contact information is as follows:

> Mark S. Kubiak
> Office of the Attorney General of Virginia
> 202 N. 9th Street
> Richmond, VA 23219
> (804) 786-7364
> mkubiak@oag.state.va.us

Applicant having requested admission Pro Hac Vice to appear as counsel for the Commonwealth of Virginia in the above entitled action;

2

**IT IS HEREBY ORDERED** that Mark S. Kubiak is admitted to appear and practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys.


Dated: _____
New York, NY                                        _____
                                                    Judge Paul A. Engelmayer
                                                    United States District Judge

2