# Supreme Court of Virginia

## AT RICHMOND

## Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia,

do hereby certify that

Mark Stanley Kubiak

was admitted to practice as an attorney and counsellor at the bar of this Court on

October 30, 2006.

I further certify that so far as the records of this office are

concerned, Mark Stanley Kubiak is a member of the bar of this Court in

good standing.

Witness my hand and seal of said Court

This 22nd day of April

A.D. 2026

By: _____

Deputy Clerk