AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| People of the State of New York, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:26-cv-2117 |
| OneMain Holdings, Inc., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Commonwealth of Virginia                                                                                              .

Date:     04/24/2026

/s/ Mark S. Kubiak
*Attorney's signature*

Mark S. Kubiak, VA Bar No. 73119
*Printed name and bar number*

Office of the Attorney General of Virginia
202 North Ninth Street
Richmond, VA 23219

*Address*

mkubiak@oag.state.va.us
*E-mail address*

(804) 786-7364
*Telephone number*

(804) 786-0122
*FAX number*