LAW OFFICES

## WILLIAMS & CONNOLLY LLP®

JOSEPH M. TERRY
(202) 434-5320
jterry@wc.com

680 MAINE AVENUE SW

WASHINGTON, DC 20024

202.434.5000

WWW.WC.COM

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

May 12, 2026

**VIA ECF**

The Hon. Paul A. Engelmayer
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> **Re:**     ***People of the State of New York et al. v. OneMain Holdings, Inc. et al.*, No. 1:26-cv-2117-PAE (S.D.N.Y.)**

Dear Judge Engelmayer:

Pursuant to the Court's Individual Rules and Practices in Civil Cases, Defendants OneMain Holdings, Inc.; OneMain Finance Corporation; OneMain Consumer Loan, Inc.; OneMain Financial Holdings, LLC; OneMain Financial Group, LLC; and OneMain Financial, Inc. (collectively, "Defendants") submit this joint letter-motion to respectfully request: (1) an extension of the current briefing deadlines for Defendants' forthcoming motion to dismiss, and (2) an enlargement of the applicable page limits for all briefs on that motion.  Plaintiffs consent to the requests.  No prior requests for an extension of the briefing deadlines or an enlargement of the page limits have been made.

*First*, we request that the Court extend the briefing deadlines on Defendants' motion to dismiss as follows:

| Pleading | Original Due Date | Extension Requested |
|---|---|---|
| Defendants' Motion to Dismiss | May 18, 2026 | June 1, 2026 |
| Plaintiffs' Opposition Brief | June 1, 2026 | July 13, 2026 |
| Defendants' Reply Brief | June 8, 2026 | July 27, 2026 |

*Second*, we request an enlargement of the standard page limits for all briefs on Defendants' motion to dismiss as follows:

| Pleading | Original Page Limit | Requested Page Limit |
|---|---|---|
| Defendants' Motion to Dismiss | 25 pages | 33 pages |
| Plaintiffs' Opposition Brief | 25 pages | 33 pages |
| Defendants' Reply Brief | 10 pages | 13 pages |

WILLIAMS & CONNOLLY LLP®

May 12, 2026
Page 2


Respectfully,


*/s/ Joseph M. Terry*
Joseph M. Terry


Cc:     All counsel of record (via ECF)