# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The People of the State of New York, by Attorney General Letitia James; the Commonwealth of Pennsylvania, by Attorney General David W. Sunday, Jr.; State of Colorado, ex rel. Philip J. Weiser, Attorney General, and Martha Fulford, Administrator; Maryland Office of the Attorney General; State of Nevada; State of New Hampshire; State of New Jersey, by Attorney General Jennifer Davenport; State of North Dakota, ex rel. Drew H. Wrigley, Attorney General; State of Oklahoma; State of South Dakota; Commonwealth of Virginia, ex rel. Jay Jones, Attorney General; State of Washington; and State of Wisconsin, <br><br> Plaintiffs, <br><br> v. <br><br> OneMain Holdings, Inc.; OneMain Finance Corporation; OneMain Consumer Loan, Inc.; OneMain Financial Holdings, LLC; OneMain Financial Group, LLC; OneMain Financial, Inc., <br><br> Defendants. | Case No: 1:26-cv-2117 <br><br> Hon. Paul A. Engelmayer |

**ONEMAIN HOLDINGS, INC.; ONEMAIN FINANCE CORPORATION; ONEMAIN CONSUMER LOAN, INC.; ONEMAIN FINANCIAL HOLDINGS, LLC; ONEMAIN FINANCIAL GROUP, LLC; ONEMAIN FINANCIAL, INC.'S <u>CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Civil Rule 7.1.1 of this Court, Defendants OneMain Holdings, Inc.; OneMain Finance Corporation; OneMain Consumer Loan, Inc.; OneMain Financial Holdings, LLC; OneMain Financial Group, LLC; and OneMain Financial, Inc. file their Corporate Disclosure Statement:

1. Defendant OneMain Holdings, Inc. is a publicly traded company which trades on the New York Stock Exchange under "OMF." No publicly traded company owns 10% or more of OneMain Holdings, Inc.'s stock.

2. Defendant OneMain Finance Corporation ("OMFC"), an Indiana corporation, is a direct subsidiary of OneMain Holdings, Inc. ("OMH"), a Delaware corporation.

3. Defendant OneMain Consumer Loan, Inc. ("OMCL"), a Delaware corporation, is a direct subsidiary of Springleaf Consumer Loan Holding Company ("SLCLHC"), a Delaware corporation. SLCLHC is a direct subsidiary of OMFC. OMFC is a direct subsidiary of OMH.

4. Defendant OneMain Financial Holdings, LLC ("OMFH"), a Delaware limited liability company, is a direct subsidiary of OMFC.  OMFC is a direct subsidiary of OMH.

5. Defendant OneMain Financial Group, LLC ("OMFG"), a Delaware limited liability company, is a direct subsidiary of OMFH.  OMFH is a direct subsidiary of OMFC.  OMFC is a direct subsidiary of OMH.

6. Defendant OneMain Financial, Inc., a West Virginia corporation, is a direct subsidiary of OMFG.  OMFG is a direct subsidiary of OMFH.  OMFH is a direct subsidiary of OMFC. OMFC is a direct subsidiary of OMH.

Dated: May 12, 2026
Washington, D.C.

Respectfully submitted,

/s/ Paul A. Hoversten

Edward J. Bennett
Ryan T. Scarborough
Joseph M. Terry
Suzanne M. Salgado
Paul A. Hoversten
James J. Kim
Kerry F. Roncallo
WILLIAMS & CONNOLLY LLP
650 Fifth Avenue, Suite 1500
New York, NY 10019
(202) 434-5000
ebennett@wc.com
rscarborough@wc.com
jterry@wc.com
phoversten@wc.com
jkim@wc.com
kroncallo@wc.com

*Counsel for Defendants*
*All appearing pro hac vice*

**CERTIFICATE OF SERVICE**

This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on May 12, 2026.

*/s/ Paul A. Hoversten*
Paul A. Hoversten