**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| The People of the State of New York, by Attorney General Letitia James; the Commonwealth of Pennsylvania, by Attorney General David W. Sunday, Jr.; State of Colorado, ex rel. Philip J. Weiser, Attorney General, and Martha Fulford, Administrator; Maryland Office of the Attorney General; State of Nevada; State of New Hampshire; State of New Jersey, by Attorney General Jennifer Davenport; State of North Dakota, ex rel. Drew H. Wrigley, Attorney General; State of Oklahoma; State of South Dakota; Commonwealth of Virginia, ex rel. Jay Jones, Attorney General; State of Washington; and State of Wisconsin,<br><br>           Plaintiffs,<br><br>     v.<br><br>OneMain Holdings, Inc.; OneMain Finance Corporation; OneMain Consumer Loan, Inc.; OneMain Financial Holdings, LLC; OneMain Financial Group, LLC; OneMain Financial, Inc.,<br><br>           Defendants. | Case No: 1:26-cv-2117 (PAE)<br><br>Hon. Paul A. Engelmayer<br><br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Defendants in this action.

Dated:  June 1, 2026
       New York, New York

Respectfully Submitted,

By:  */s/ Benjamin D. Bright*
     Benjamin D. Bright
     MAYER BROWN LLP
     1221 Avenue of the Americas
     New York, New York 10020
     (212) 506-2500
     bbright@mayerbrown.com

     *Counsel for Defendants*