# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The People of the State of New York, by Attorney General Letitia James; the Commonwealth of Pennsylvania, by Attorney General David W. Sunday, Jr.; State of Colorado, ex rel. Philip J. Weiser, Attorney General, and Martha Fulford, Administrator; Maryland Office of the Attorney General; State of Nevada; State of New Hampshire; State of New Jersey, by Attorney General Jennifer Davenport; State of North Dakota, ex rel. Drew H. Wrigley, Attorney General; State of Oklahoma; State of South Dakota; Commonwealth of Virginia, ex rel. Jay Jones, Attorney General; State of Washington; and State of Wisconsin, <br><br> Plaintiffs, <br><br> v. <br><br> OneMain Holdings, Inc.; OneMain Finance Corporation; OneMain Consumer Loan, Inc.; OneMain Financial Holdings, LLC; OneMain Financial Group, LLC; OneMain Financial, Inc., <br><br> Defendants. | Case No: 1:26-cv-2117 (PAE) <br><br> Hon. Paul A. Engelmayer |

## DECLARATION IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* OF ANDREW J. PINCUS

I, Andrew J. Pincus, hereby declare under penalty of perjury:

1.    I am a partner at Mayer Brown LLP.

2.    I submit this declaration in support of my motion to for admission to practice *pro hac vice* in the above-captioned matter.

3.    As shown in the Certificate of Good Standing attached hereto as **Exhibit A**, I am a member in good standing of the bar of the District of Columbia.

4.    As shown in the Certificate of Good Standing attached hereto as **Exhibit B**, I am a member in good standing of the bar of the State of New York.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred, or denied admission or readmission by any court.

7. There are no pending disciplinary proceedings against me in any court.

8. Wherefore, I respectfully submit that I be permitted to appear as counsel *pro hac vice* in this case for Defendants.

I hereby declare under penalty of perjury that the foregoing statements are true and correct.

Dated: June 1, 2026  
Washington, DC

Respectfully Submitted,

By: */s/ Andrew J. Pincus*  
Andrew J. Pincus  
MAYER BROWN LLP  
1999 K Street, N.W.  
Washington, DC 20006-1101  
(202) 263-3000  
apincus@mayerbrown.com

2