**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| The People of the State of New York, by Attorney General Letitia James; the Commonwealth of Pennsylvania, by Attorney General David W. Sunday, Jr.; State of Colorado, ex rel. Philip J. Weiser, Attorney General, and Martha Fulford, Administrator; Maryland Office of the Attorney General; State of Nevada; State of New Hampshire; State of New Jersey, by Attorney General Jennifer Davenport; State of North Dakota, ex rel. Drew H. Wrigley, Attorney General; State of Oklahoma; State of South Dakota; Commonwealth of Virginia, ex rel. Jay Jones, Attorney General; State of Washington; and State of Wisconsin, | Case No: 1:26-cv-2117 <br><br> Hon. Paul A. Engelmayer |
| Plaintiffs, | |
| v. | **MOTION FOR ADMISSION** <br> ***PRO HAC VICE*** |
| OneMain Holdings, Inc.; OneMain Finance Corporation; OneMain Consumer Loan, Inc.; OneMain Financial Holdings, LLC; OneMain Financial Group, LLC; OneMain Financial, Inc., | |
| Defendants. | |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Charles A. Rothfeld hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendants in the above-captioned action.

I am in good standing of the bars of the District of Columbia and the State of New York and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the declaration pursuant to Local Rule 1.3.

Dated: June 1, 2026
      Washington, DC

Respectfully Submitted,

By:  */s/ Charles A. Rothfeld*
     Charles A. Rothfeld
     MAYER BROWN LLP
     1999 K Street, N.W.
     Washington, DC 20006-1101
     (202) 263-3000
     crothfeld@mayerbrown.com