**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| The People of the State of New York, by Attorney General Letitia James; the Commonwealth of Pennsylvania, by Attorney General David W. Sunday, Jr.; State of Colorado, ex rel. Philip J. Weiser, Attorney General, and Martha Fulford, Administrator; Maryland Office of the Attorney General; State of Nevada; State of New Hampshire; State of New Jersey, by Attorney General Jennifer Davenport; State of North Dakota, ex rel. Drew H. Wrigley, Attorney General; State of Oklahoma; State of South Dakota; Commonwealth of Virginia, ex rel. Jay Jones, Attorney General; State of Washington; and State of Wisconsin,<br><br>     Plaintiffs,<br><br>   v.<br><br>OneMain Holdings, Inc.; OneMain Finance Corporation; OneMain Consumer Loan, Inc.; OneMain Financial Holdings, LLC; OneMain Financial Group, LLC; OneMain Financial, Inc.,<br><br>     Defendants. | Case No: 1:26-cv-2117 (PAE)<br><br>Hon. Paul A. Engelmayer |

**DECLARATION IN SUPPORT OF MOTION FOR ADMISSION**
***PRO HAC VICE* OF CHARLES A. ROTHFELD**

I, Charles A. Rothfeld, hereby declare under penalty of perjury:

1.   I am special counsel at Mayer Brown LLP.

2.   I submit this declaration in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3.   As shown in the Certificate of Good Standing attached hereto as **Exhibit A**, I am a member in good standing of the bar of the District of Columbia.

4.   As shown in the Certificate of Good Standing attached hereto as **Exhibit B**, I am a member in good standing of the bar of the State of New York.

5.      I have not been convicted of a felony.

6.      I have not been censured, suspended, disbarred, or denied admission or readmission by any

court.

7.      There are no pending disciplinary proceedings against me in any court.

8.      Wherefore, I respectfully submit that I be permitted to appear as counsel *pro hac vice* in this

case for Defendants.

I hereby declare under penalty of perjury that the foregoing statements are true and correct.

Dated: June 1, 2026                         Respectfully Submitted,
       Washington, DC

                                            By:  */s/ Charles A. Rothfeld*
                                                 Charles A. Rothfeld
                                                 MAYER BROWN LLP
                                                 1999 K Street, N.W.
                                                 Washington, DC 20006-1101
                                                 (202) 263-3000
                                                 crothfeld@mayerbrown.com

2