**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| The People of the State of New York, by Attorney General Letitia James; the Commonwealth of Pennsylvania, by Attorney General David W. Sunday, Jr.; State of Colorado, ex rel. Philip J. Weiser, Attorney General, and Martha Fulford, Administrator; Maryland Office of the Attorney General; State of Nevada; State of New Hampshire; State of New Jersey, by Attorney General Jennifer Davenport; State of North Dakota, ex rel. Drew H. Wrigley, Attorney General; State of Oklahoma; State of South Dakota; Commonwealth of Virginia, ex rel. Jay Jones, Attorney General; State of Washington; and State of Wisconsin, | Case No: 1:26-cv-2117 (PAE)<br><br>Hon. Paul A. Engelmayer |
| Plaintiffs, | |
| v. | |
| OneMain Holdings, Inc.; OneMain Finance Corporation; OneMain Consumer Loan, Inc.; OneMain Financial Holdings, LLC; OneMain Financial Group, LLC; OneMain Financial, Inc., | |
| Defendants. | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that, pursuant to Rules 12(b)(1), 12(b)(3), 12(b)(6), and 12(f) of the Federal Rules of Civil Procedure, and for the reasons set forth in the accompanying Memorandum of Law and Declaration of Benjamin D. Bright, executed on June 1, 2026, and the Exhibits annexed thereto, the Defendants will move this Court before the Honorable Paul A. Engelmayer, at the courthouse located at 40 Foley Square, Courtroom 1305, New York, New York, for an order dismissing the Complaint with prejudice in its entirety or, in the alternative, dismissing or striking the portions of the Complaint that cannot support a claim.

1

Respectfully submitted,

/S/ Ryan T. Scarborough
Ryan T. Scarborough
Joseph M. Terry
Suzanne M. Salgado
WILLIAMS & CONNOLLY LLP
650 Fifth Avenue, Suite 1500
New York, NY 10019
(202) 434-5000
rscarborough@wc.com
jterry@wc.com
ssalgado@wc.com


*All appearing pro hac vice*

Andrew J. Pincus (*pro hac vice* submitted)
Charles A. Rothfeld (*pro hac vice* submitted)
MAYER BROWN LLP
1999 K Street, NW
Washington, DC
(202) 263-3000
apincus@mayerbrown.com
crothfeld@mayerbrown.com

/S/ Benjamin D. Bright
Benjamin D. Bright
1221 Avenue of the Americas
MAYER BROWN LLP
New York, NY 10020
(212) 506-2500
bbright@mayerbrown.com

*Counsel for Defendants*

June 1, 2026

2