## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The People of the State of New York, by Attorney General Letitia James; the Commonwealth of Pennsylvania, by Attorney General David W. Sunday, Jr.; State of Colorado, ex rel. Philip J. Weiser, Attorney General, and Martha Fulford, Administrator; Maryland Office of the Attorney General; State of Nevada; State of New Hampshire; State of New Jersey, by Attorney General Jennifer Davenport; State of North Dakota, ex rel. Drew H. Wrigley, Attorney General; State of Oklahoma; State of South Dakota; Commonwealth of Virginia, ex rel. Jay Jones, Attorney General; State of Washington; and State of Wisconsin, | Case No: 1:26-cv-2117 (PAE)  Hon. Paul A. Engelmayer |
| Plaintiffs, | |
| v. | |
| OneMain Holdings, Inc.; OneMain Finance Corporation; OneMain Consumer Loan, Inc.; OneMain Financial Holdings, LLC; OneMain Financial Group, LLC; OneMain Financial, Inc., | |
| Defendants. | |

## DECLARATION OF BENJAMIN D. BRIGHT IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS OR TO STRIKE FOR FAILURE TO STATE A CLAIM, IMPROPER VENUE, AND LACK OF SUBJECT MATTER JURISDICTION

I, Benjamin D. Bright, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am an attorney licensed to practice law in the State of New York and am admitted to practice before this Court. I am an associate at the law firm of Mayer Brown LLP, counsel for Defendants in the above-captioned matter. I am fully familiar with the facts and circumstances stated herein.

2.      Attached hereto as **Exhibit A** is a true and correct copy of the CFPB Consent Order dated May 30, 2023.

3.      Attached hereto as **Exhibit B** is a true and correct copy of the Stipulation dated May 26, 2023.

4.  Attached hereto as **Exhibit C** is a true and correct copy of the TransUnion Consent Order dated October 12, 2023.

5.  Attached hereto as **Exhibit D** is a true and correct copy of Wells Fargo Consent Order dated December 20, 2022.

6.  Attached hereto as **Exhibit E** is a true and correct copy of 156 Cong. Rec. S3868 (daily ed. May 18, 2010).

7.  Attached hereto as **Exhibit F** is a true and correct copy of Amendment 4071, 111th Cong. (May 18, 2010).

8.  Attached hereto as **Exhibit G** is a true and correct copy of N.Y. Senate, 248th Legis., 2025 S. 8416, Sponsors Memo 1-2 (June 14, 2025).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of June 2026 in New York, New York.

Respectfully Submitted,

By:  */s/ Benjamin D. Bright*
Benjamin D. Bright
MAYER BROWN LLP
1221 Avenue of the Americas
New York, New York 10020
(212) 506-2500
bbright@mayerbrown.com

*Counsel for Defendants*

2