# Exhibit A

| | |
|---|---|
| **From:** | Gibson, Patrick <Patrick.Gibson@ag.ny.gov> |
| **Sent:** | Monday, May 4, 2026 10:47 AM |
| **To:** | Hoversten, Paul; Bennett, Edward; Terry, Joseph; Roncallo, Kerry; Scarborough, Ryan; Salgado, Suzanne; Kim, James |
| **Cc:** | Smyth, Nicholas F.B.; Bendesky, Kevin; Fishman, Benjamin; Kevin Burns; Gomez, Ashley (ATG); Meeks, Wilson; Miller, Matthew; dbenner; Mackenzie Jordan; JScott@oag.state.va.us; Brandon Garod; Kern, Frances; Anthony J. Walsh; Samantha B. Feeley; Starr, Logan (ATG); Grossman, Tiffany J.; Cameron Capps; Dempsey, Jacob; jody.gillaspie@state.sd.us; Elin Alm; Zeyad Assaf; Cathleen O'Donnell; Mark.Barnes@coag.gov; Davis Rigsby, Maddie (ATG); marc.worthy@atg.wa.gov; Kelly, Heather; Van Horn, Nora |
| **Subject:** | RE: People of the State of New York et. al. v. OneMain Holdings, Inc. et al., 26-cv-02117-PAE - FRCP 26(f) Conference |

Counsel,

In the interest of facilitating a productive conversation this Wednesday, we are sending in advance the Plaintiff States' proposals for certain discovery parameters:

1. All fact discovery to be completed: 15 months after the Rule 16 conference
2. All expert discovery to be completed: 6 months after the conclusion of fact discovery
3. Number of depositions: 50 per side
4. Number of interrogatories: 50 per side
5. Initial disclosures to be exchanged: May 20, 2026

We look forward to discussing these issues, and the other FRCP 26(f)(2) topics, on Wednesday.

All best,

Patrick

**Patrick Gibson** | **Assistant Attorney General**
Consumer Frauds and Protection Bureau
Office of the New York State Attorney General
28 Liberty Street, New York, NY 10005
Telephone: (212) 416-6067 │ Mobile: (929) 246-2942
patrick.gibson@ag.ny.gov



**Patrick Gibson** | **Assistant Attorney General**

Consumer Frauds and Protection Bureau
Office of the New York State Attorney General
28 Liberty Street, New York, NY 10005
Telephone: (212) 416-6067 │ Mobile: (929) 246-2942
patrick.gibson@ag.ny.gov



**From:** Gibson, Patrick
**Sent:** Tuesday, April 21, 2026 3:49 PM
**To:** Hoversten, Paul <phoversten@wc.com>; Bennett, Edward <EBennett@wc.com>; Terry, Joseph <JTerry@wc.com>; Roncallo, Kerry <kroncallo@wc.com>; Scarborough, Ryan <RScarborough@wc.com>; Salgado, Suzanne <SSalgado@wc.com>; Kim, James <jkim@wc.com>
**Cc:** Smyth, Nicholas F.B. <nsmyth@attorneygeneral.gov>; Bendesky, Kevin <kbendesky@attorneygeneral.gov>; Fishman, Benjamin <Benjamin.Fishman@ag.ny.gov>; Kevin Burns <Kevin.Burns@coag.gov>; Gomez, Ashley (ATG) <ashley.gomez@atg.wa.gov>; Meeks, Wilson <wmeeks@oag.maryland.gov>; Miller, Matthew <mmiller@oag.maryland.gov>; dbenner <dbenner@oag.maryland.gov>; Mackenzie Jordan <Mackenzie.Jordan@oag.ok.gov>; JScott@oag.state.va.us; Brandon Garod <Brandon.H.Garod@doj.nh.gov>; Kern, Frances <Frances.Kern@wisdoj.gov>; Anthony J. Walsh <AJWalsh@ag.nv.gov>; Samantha B. Feeley <SFeeley@ag.nv.gov>; Starr, Logan (ATG) <logan.starr@atg.wa.gov>; Grossman, Tiffany J. <tgrossman@nd.gov>; Cameron Capps <Cameron.Capps@oag.ok.gov>; Dempsey, Jacob <Jacob.Dempsey@state.sd.us>; jody.gillaspie@state.sd.us; Elin Alm <ealm@nd.gov>; Zeyad Assaf <zeyad.assaf@law.njoag.gov>; Cathleen O'Donnell <Cathleen.O_Donnell@law.njoag.gov>; Mark.Barnes@coag.gov; Davis Rigsby, Maddie (ATG) <maddie.davis@atg.wa.gov>; marc.worthy@atg.wa.gov; Davis Rigsby, Maddie (ATG) <Maddie.DavisRigsby@atg.wa.gov>
**Subject:** RE: People of the State of New York et. al. v. OneMain Holdings, Inc. et al., 26-cv-02117-PAE - FRCP 26(f) Conference

Thanks, Paul. We've sent an invite.

**Patrick Gibson** | **Assistant Attorney General**
Consumer Frauds and Protection Bureau
Office of the New York State Attorney General
28 Liberty Street, New York, NY 10005
Telephone: (212) 416-6067 │ Mobile: (929) 246-2942
patrick.gibson@ag.ny.gov



**From:** Hoversten, Paul <phoversten@wc.com>
**Sent:** Tuesday, April 21, 2026 3:30 PM
**To:** Gibson, Patrick <Patrick.Gibson@ag.ny.gov>; Bennett, Edward <EBennett@wc.com>; Terry, Joseph <JTerry@wc.com>; Roncallo, Kerry <kroncallo@wc.com>; Scarborough, Ryan <RScarborough@wc.com>; Salgado, Suzanne <SSalgado@wc.com>; Kim, James <jkim@wc.com>
**Cc:** Smyth, Nicholas F.B. <nsmyth@attorneygeneral.gov>; Bendesky, Kevin <kbendesky@attorneygeneral.gov>; Fishman,

Benjamin <Benjamin.Fishman@ag.ny.gov>; Kevin Burns <Kevin.Burns@coag.gov>; Gomez, Ashley (ATG) <ashley.gomez@atg.wa.gov>; Meeks, Wilson <wmeeks@oag.maryland.gov>; Miller, Matthew <mmiller@oag.maryland.gov>; dbenner <dbenner@oag.maryland.gov>; Mackenzie Jordan <Mackenzie.Jordan@oag.ok.gov>; JScott@oag.state.va.us; Brandon Garod <Brandon.H.Garod@doj.nh.gov>; Kern, Frances <Frances.Kern@wisdoj.gov>; Anthony J. Walsh <AJWalsh@ag.nv.gov>; Samantha B. Feeley <SFeeley@ag.nv.gov>; Starr, Logan (ATG) <logan.starr@atg.wa.gov>; Grossman, Tiffany J. <tgrossman@nd.gov>; Cameron Capps <Cameron.Capps@oag.ok.gov>; Dempsey, Jacob <Jacob.Dempsey@state.sd.us>; jody.gillaspie@state.sd.us; Elin Alm <ealm@nd.gov>; Zeyad Assaf <zeyad.assaf@law.njoag.gov>; Cathleen O'Donnell <Cathleen.O_Donnell@law.njoag.gov>; Mark.Barnes@coag.gov; Davis Rigsby, Maddie (ATG) <maddie.davis@atg.wa.gov>; marc.worthy@atg.wa.gov; Davis Rigsby, Maddie (ATG) <Maddie.DavisRigsby@atg.wa.gov>
**Subject:** RE: People of the State of New York et. al. v. OneMain Holdings, Inc. et al., 26-cv-02117-PAE - FRCP 26(f) Conference

[EXTERNAL]

Hi Patrick:  May 6 at 1 pm ET works for us.

Thank you,
Paul

**Paul A. Hoversten**
**Williams & Connolly LLP**
680 Maine Avenue SW, Washington, DC 20024
202-434-5525 | www.wc.com

**From:** Gibson, Patrick <Patrick.Gibson@ag.ny.gov>
**Sent:** Monday, April 20, 2026 11:48 AM
**To:** Bennett, Edward <EBennett@wc.com>; Terry, Joseph <JTerry@wc.com>; Roncallo, Kerry <kroncallo@wc.com>; Hoversten, Paul <phoversten@wc.com>; Scarborough, Ryan <RScarborough@wc.com>; Salgado, Suzanne <SSalgado@wc.com>; Kim, James <jkim@wc.com>
**Cc:** Smyth, Nicholas F.B. <nsmyth@attorneygeneral.gov>; Bendesky, Kevin <kbendesky@attorneygeneral.gov>; Fishman, Benjamin <Benjamin.Fishman@ag.ny.gov>; Kevin Burns <Kevin.Burns@coag.gov>; Gomez, Ashley (ATG) <ashley.gomez@atg.wa.gov>; Meeks, Wilson <wmeeks@oag.maryland.gov>; Matthew <MMiller@oag.maryland.gov>; David <dbenner@oag.maryland.gov>; Mackenzie Jordan <Mackenzie.Jordan@oag.ok.gov>; JScott@oag.state.va.us; Brandon Garod <Brandon.H.Garod@doj.nh.gov>; Kern, Frances <Frances.Kern@wisdoj.gov>; Anthony J. Walsh <AJWalsh@ag.nv.gov>; Samantha B. Feeley <SFeeley@ag.nv.gov>; Starr, Logan (ATG) <logan.starr@atg.wa.gov>; tgrossman@nd.gov; Cameron Capps <Cameron.Capps@oag.ok.gov>; Dempsey, Jacob <Jacob.Dempsey@state.sd.us>; jody.gillaspie@state.sd.us; Elin Alm <ealm@nd.gov>; Zeyad Assaf <zeyad.assaf@law.njoag.gov>; Cathleen O'Donnell <Cathleen.O_Donnell@law.njoag.gov>; Mark.Barnes@coag.gov; Davis Rigsby, Maddie (ATG) <maddie.davis@atg.wa.gov>; marc.worthy@atg.wa.gov; Davis Rigsby, Maddie (ATG) <Maddie.DavisRigsby@atg.wa.gov>
**Subject:** People of the State of New York et. al. v. OneMain Holdings, Inc. et al., 26-cv-02117-PAE - FRCP 26(f) Conference

Counsel,

On behalf of the Plaintiff States we are reaching out about scheduling our FRCP 26(f) conference. As you know, the federal rules require that we have this conference as soon as practicable to discuss the topics set forth at FRCP 26(f)(2). We would like to propose that we meet on Wednesday May 6, at 1 PM Eastern. Would that work for your side? If not, we can discus alternative times. Please let us know.

Thanks very much,

Patrick

**Patrick Gibson | Assistant Attorney General**
Consumer Frauds and Protection Bureau
Office of the New York State Attorney General
28 Liberty Street, New York, NY 10005
Telephone: (212) 416-6067 │ Mobile: (929) 246-2942
patrick.gibson@ag.ny.gov



**IMPORTANT NOTICE:** This e-mail, including any attachments, may be confidential, privileged or otherwise legally protected. It is intended only for the addressee. If you received this e-mail in error or from someone who was not authorized to send it to you, do not disseminate, copy or otherwise use this e-mail or its attachments. Please notify the sender immediately by reply e-mail and delete the e-mail from your system.