**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| The People of the State of New York, by Attorney General Letitia James; the Commonwealth of Pennsylvania, by Attorney General David W. Sunday, Jr.; State of Colorado, ex rel. Philip J. Weiser, Attorney General, and Martha Fulford, Administrator; Maryland Office of the Attorney General; State of Nevada; State of New Hampshire; State of New Jersey, by Attorney General Jennifer Davenport; State of North Dakota, ex rel. Drew H. Wrigley, Attorney General; State of Oklahoma; State of South Dakota; Commonwealth of Virginia, ex rel. Jay Jones, Attorney General; State of Washington; and State of Wisconsin,<br><br>                    Plaintiffs,<br><br>        v.<br><br>OneMain Holdings, Inc.; OneMain Finance Corporation; OneMain Consumer Loan, Inc.; OneMain Financial Holdings, LLC; OneMain Financial Group, LLC; OneMain Financial, Inc.,<br><br>                    Defendants. | Case No: 1:26-cv-2117<br><br>Hon. Paul A. Engelmayer<br><br><br>**ORDER FOR ADMISSION *PRO HAC VICE***  |

The motion of Andrew J. Pincus, for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the District of Columbia and the State of New York; and that his contact information is as follows

> Andrew J. Pincus
> Mayer Brown LLP
> 1999 K Street, N.W.
> Washington, DC 20006-1101
> (202) 263-3000
> apincus@mayerbrown.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendants in the above-entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____6 | 2 | 26_____

_____Paul A. Engelmayer_____
United States District Judge

2