**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| The People of the State of New York, by Attorney General Letitia James; the Commonwealth of Pennsylvania, by Attorney General David W. Sunday, Jr.; State of Colorado, *ex rel*. Philip J. Weiser, Attorney General, and Martha Fulford, Administrator; Maryland Office of the Attorney General; State of Nevada; State of New Hampshire; State of New Jersey, by Attorney General Jennifer Davenport; State of North Dakota, *ex rel.* Drew H. Wrigley, Attorney General; State of Oklahoma; State of South Dakota; Commonwealth of Virginia, *ex rel*. Jay Jones, Attorney General; State of Washington; and State of Wisconsin,<br><br>   Plaintiffs,<br><br>  v.<br><br>OneMain Holdings, Inc.; OneMain Finance Corporation; OneMain Consumer Loan, Inc.; OneMain Financial Holdings, LLC; OneMain Financial Group, LLC; OneMain Financial, Inc.,<br><br>   Defendants. | Case No: 1:26-cv-2117 (PAE)<br><br>Hon. Paul A. Engelmayer |

**DECLARATION OF BENJAMIN C. FISHMAN
IN OPPOSITION TO MOTION TO DISMISS**

I, Benjamin C. Fishman, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.  I am an attorney licensed to practice law in the State of New York, and I am admitted to practice before this Court. I am an Assistant Attorney General in the Office of the New York Attorney General. I am fully familiar with the facts and circumstances stated herein.

2.  Attached as Exhibit A is a true and correct copy of the September 4, 2016 consent order entered into between the Consumer Financial Protection Bureau and Wells Fargo Bank,

N.A., which is the consent order at issue in *Navajo Nation v. Wells Fargo & Co.*, 344 F. Supp. 3d 1292 (D.N.M. 2018).

3.   Attached as Exhibit B is a true and correct copy of the consent judgment issued in *Lawsky v. Condor Capital Corp.*, No. 14-cv-02863, Dkt. No. 167 (S.D.N.Y. Dec. 22, 2014).

I declare under penalty of perjury that the foregoing is true and correct.


Dated:  June 22, 2026                          Respectfully submitted,

                                               */s/ Ben Fishman*
                                               Benjamin C. Fishman
                                               Assistant Attorney General
                                               Bureau of Consumer Frauds and Protection
                                               28 Liberty Street
                                               New York, NY 10005
                                               Benjamin.Fishman@ag.ny.gov
                                               (212) 416-8330

2