

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

JANE M. AZIA
BUREAU CHIEF
CONSUMER FRAUDS & PROTECTION BUREAU

June 22, 2026

**By Electronic Filing**

Hon. Paul A. Engelmayer
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:     ***People of the State of New York, et al. v. OneMain Holdings, Inc. et al.,***
                 **No. 1:26-cv-2117-PAE (S.D.N.Y.)**

Dear Judge Engelmayer,

The Plaintiff States write to respectfully request oral argument in connection with OneMain's motion to dismiss (Dkt. No. 102), pursuant to paragraph 3(J) of the Court's Individual Rules and Practices in Civil Cases.

Respectfully submitted,

*/s/ Ben Fishman*
Benjamin C. Fishman
Assistant Attorney General
Bureau of Consumer Frauds and Protection
28 Liberty Street
New York, NY 10005
Benjamin.Fishman@ag.ny.gov
(212) 416-8330