UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PEOPLE OF THE STATE OF NEW YORK *et al.*,

Plaintiffs,

-v-

ONEMAIN HOLDINGS, INC. *et al.*,

Defendants.

---

26 Civ. 2117

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court hereby schedules oral argument on the pending motion to dismiss, Dkt. 102, for 2:30 p.m. on Tuesday, July 21, 2026.  Argument shall be in-person, in courtroom 1305 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: June 23, 2026
       New York, New York