

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

JANE M. AZIA
BUREAU CHIEF
CONSUMER FRAUDS & PROTECTION BUREAU

July 9, 2026

***By Electronic Filing***

Hon. Paul A. Engelmayer
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

   Re: ***People of the State of New York, et al. v. OneMain Holdings, Inc. et al.,***
      ***No. 1:26-cv-2117-PAE (S.D.N.Y.)***

Dear Judge Engelmayer,

  The Plaintiff States write regarding the oral argument on OneMain's motion to dismiss scheduled for July 21, 2026. The States respectfully request leave of the Court to attend as follows: representatives from the lead States, New York and Pennsylvania, along with a representative from Colorado, would attend in-person, and representatives from the other Plaintiff States would plan to attend remotely. While representatives from New York and Pennsylvania would be primarily responsible for presenting the States' arguments, representatives from each State, whether attending in-person or remotely, would be prepared to address State-specific issues.

  Please let us know if this would be acceptable to the Court.

        Respectfully submitted,

        */s/ Ben Fishman*
        Benjamin C. Fishman
        Assistant Attorney General
        Bureau of Consumer Frauds and Protection
        28 Liberty Street
        New York, NY 10005
        Benjamin.Fishman@ag.ny.gov
        (212) 416-8330