**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---

The People of the State of New York, by Attorney General Letitia James; the Commonwealth of Pennsylvania, by Attorney General David W. Sunday, Jr.; State of Colorado, ex rel. Philip J. Weiser, Attorney General, and Martha Fulford, Administrator; Maryland Office of the Attorney General; State of Nevada; State of New Hampshire; State of New Jersey, by Attorney General Jennifer Davenport; State of North Dakota, ex rel. Drew H. Wrigley, Attorney General; State of Oklahoma; State of South Dakota; Commonwealth of Virginia, ex rel. Jay Jones, Attorney General; State of Washington; and State of Wisconsin,

          Plaintiffs,

          v.

OneMain Holdings, Inc.; OneMain Finance Corporation; OneMain Consumer Loan, Inc.; OneMain Financial Holdings, LLC; OneMain Financial Group, LLC; OneMain Financial, Inc.,

          Defendants.

Civil Case No: 1:26-cv-2117 (PAE)

**MOTION FOR ADMISSION** *PRO HAC VICE*

---

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Kevin P.J. Scura hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for the State of New Hampshire in the above-captioned action.

I am in good standing of the bar of the state of New Hampshire, the bar of the State of New York, and the bar of the Commonwealth of Massachusetts and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: Concord, NH
      July 15, 2026

               Respectfully Submitted,

               */s/ Kevin P.J. Scura*

               Kevin P.J. Scura
               Office of the New Hampshire Attorney General
               1 Granite Place South
               Concord, NH 03301
               (603) 271-8368
               Kevin.P.J.Scura@doj.nh.gov