**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| The People of the State of New York, by Attorney General Letitia James; the Commonwealth of Pennsylvania, by Attorney General David W. Sunday, Jr.; State of Colorado, ex rel. Phillip J. Weiser, Attorney General, and Martha Fulford, Administrator; Maryland Office of the Attorney General; State of Nevada; State of New Hampshire; State of New Jersey, by Attorney General Jennifer Davenport; State of North Dakota, ex rel. Drew H. Wrigley, Attorney General; State of Oklahoma; State of South Dakota; Commonwealth of Virginia, ex rel. Jay Jones, Attorney General; State of Washington; and State of Wisconsin.<br><br>      Plaintiffs,<br><br>    v.<br><br>OneMain Holdings, Inc.; OneMain Finance Corporation; OneMain Consumer Loan, Inc.; OneMain Financial Holdings, LLC; OneMain Financial Group, LLC; OneMain Financial, Inc.<br><br>      Defendants. | Civil Case No. 1:26-cv-2117 (PAE) |

**DECLARATION OF KEVIN P.J. SCURA IN SUPPORT OF MOTION FOR ADMISSION
PRO HAC VICE**

I Kevin P.J. Scura, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that

the following is true and correct:

1. I am a Senior Assistant Attorney General with the New Hampshire Department of Justice.

2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the State of New Hampshire.

4. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the State of New York.

5. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the Commonwealth of Massachusetts.

6. I have never been convicted of a felony.

7. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

8. There are no pending disciplinary proceedings presently against me in any state or federal court.

9. Wherefore, your Declarant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in *New York et al v. OneMain Holdings, Inc. et al*, case no. 1:26-cv-02117-PAE, for the State of New Hampshire.

I hereby declare under penalty of perjury that the foregoing statements are true and correct.

Dated: 7/15/2026

By: _____

Kevin P.J. Scura
Senior Assistant Attorney General
Consumer Protection and Antitrust Bureau
N.H. Department of Justice
1 Granite Place South
Concord, NH 03301
(603) 271-8368
Kevin.P.J.Scura@doj.nh.gov

I hereby declare that Kevin P.J. Scura personally appeared before me and swore under oath that the foregoing is true and correct to the best of his knowledge and belief.

Dated: 7/15/2026

_____
Notary Public, State of New Hampshire
My commission expires:

# The State of New Hampshire
## Supreme Court

## Certificate of Good Standing

*This is to certify that*

### Kevin Patrick Johnson Scura

*having been found qualified for admission to the bar, in accordance with the Rules of Court, and having subscribed and taken the oaths required by law on,*

*May 25, 2018,*

*was admitted to practice as an Attorney in the Courts of this State, and, on this date, is on active status and in good standing according to the records of this Court.*



**In Testimony Whereof,** *I have hereunto set my hand, and affixed the seal of said Court, this 13th day of July, 2026*

_____, **Clerk**



## Appellate Division of the Supreme Court
## of the State of New York
## Third Judicial Department

———————

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Kevin Patrick Scura

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **June 28, 2017**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and  according to the records of this Court is currently in good standing as an Attorney and  Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on July 10, 2026.

Clerk of the Court

CertID-00298975

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

——————

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on **November 25, 2014**, said Court being the highest Court of Record in said Commonwealth:

## Kevin Scura

being found duly qualified in that behalf, and having taken and subscribed

the oaths required by law, was admitted to practice as an Attorney, and, by virtue

thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth:

that said Attorney is at present a member of the Bar, and is in good standing

according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the

seal of said Court, this **thirteenth** day of **July**

in the year of our Lord **two thousand and twenty-six.**



ALLISON S. CARTWRIGHT, CLERK

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification. X3116.

Amended January 2022, effective February 2022 for digital and/or electronic attestation for the Supreme Judicial Court for Suffolk County