**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| The People of the State of New York, by Attorney General Letitia James; the Commonwealth of Pennsylvania, by Attorney General David W. Sunday, Jr.; State of Colorado, ex rel. Philip J. Weiser, Attorney General, and Martha Fulford, Administrator; Maryland Office of the Attorney General; State of Nevada; State of New Hampshire; State of New Jersey, by Attorney General Jennifer Davenport; State of North Dakota, ex rel. Drew H. Wrigley, Attorney General; State of Oklahoma; State of South Dakota; Commonwealth of Virginia, ex rel. Jay Jones, Attorney General; State of Washington; and State of Wisconsin, | Civil Case No: 1:26-cv-2117 (PAE) |

       Plaintiffs,

       v.

OneMain Holdings, Inc.; OneMain Finance Corporation; OneMain Consumer Loan, Inc.; OneMain Financial Holdings, LLC; OneMain Financial Group, LLC; OneMain Financial, Inc.,

       Defendants.

1. **[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE**

The motion of Kevin P.J. Scura for admission to practice Pro Hac Vice as counsel for the New Hampshire in the above-captioned case is granted.

Applicant has declared that he is a member in good standing of the bar of the State of New Hampshire, a member in good standing of the bar of the State of New York, and a member in good standing of the bar of the Commonwealth of Massachusetts, and that his contact information is as follows:

Kevin P.J. Scura
Office of the New Hampshire Attorney General
1 Granite Place South
Concord, NH 03301
(603) 271-8368
Kevin.p.j.scura@doj.nh.gov

Applicant having requested admission Pro Hac Vice to appear as counsel for New Hampshire in

Case No: 1:26-cv-2117 (PAE),  the above entitled action;

**IT IS HEREBY ORDERED** that Kevin P.J. Scura is admitted to appear and practice Pro

Hac Vice in the above-captioned case in the United States District Court for the Southern

District of New York.  All attorneys appearing before this Court are subject to the Local Rules

of this Court, including the Rules governing the discipline of attorneys.

Dated: _____
New York, NY

_____
Judge Englemayer
United States District
Judge