**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

The People of the State of New York, by Attorney General Letitia James, *et al.*,

Plaintiffs,
v.

OneMain Holdings, Inc.; OneMain Finance Corporation; OneMain Consumer Loan, Inc.; OneMain Financial Holdings, LLC; OneMain Financial Group, LLC; OneMain Financial, Inc.,

Defendants.

**Case No: 1:26-cv-2117 (PAE)**

**Hon. Paul A. Engelmayer**

**MOTION FOR WITHDRAWAL OF NICHOLAS SMYTH AS CO-COUNSEL FOR PLAINTIFF COMMONWEALTH OF PENNSYLVANIA**

Pursuant to Rule 1.4 of the Local Civil Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Nicholas Smyth, hereby move this Court to enter the proposed Order for my withdrawal as counsel for Plaintiff Commonwealth of Pennsylvania ("Commonwealth") in the above-captioned case.

On April 2, 2026, I entered my appearance as co-counsel for the Commonwealth in the above-captioned case. I resigned my position with the Commonwealth effective September 8, 2026. The Commonwealth will continue to be represented by attorney Kevin Bendesky, who has already entered his appearance in this case.

Dated: September 10, 2026

Respectfully submitted,

By: */s/ Nicholas Smyth*
**Nicholas F. B. Smyth**
PA Attorney I.D. No. 307972
[formerly Office of Attorney General,
1251 Waterfront Pl, Level M, Pittsburgh
PA 15222]

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of the filing will be sent to the following counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: *<u>/s/ Nicholas Smyth</u>*
**Nicholas Smyth**
PA Attorney I.D. No. 307972
[formerly Office of Attorney General,
1251 Waterfront Pl, Level M, Pittsburgh
PA 15222]