**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

The People of the State of New York, by Attorney General Letitia James, *et al.*,

Plaintiffs,

v.

OneMain Holdings, Inc.; OneMain Finance Corporation; OneMain Consumer Loan, Inc.; OneMain Financial Holdings, LLC; OneMain Financial Group, LLC; OneMain Financial, Inc.,

Defendants.

**Case No: 1:26-cv-2117 (PAE)**

**Hon. Paul A. Engelmayer**

**~~[PROPOSED]~~ ORDER GRANTING MOTION TO WITHDRAW AS CO-COUNSEL FOR PLAINTIFF COMMONWEALTH OF PENNSYLVANIA**

The motion of Nicholas Smyth to withdraw as co-counsel for Plaintiff Commonwealth of Pennsylvania ("Commonwealth") in the above-captioned case is granted. Nicholas Smyth resigned from the Commonwealth effective September 8, 2026. The Commonwealth will continue to be represented by attorney Kevin Bendesky, counsel of record for the Commonwealth in the above-captioned case.

**IT IS HEREBY ORDERED** that the Withdrawal of Nicholas Smyth in the above-captioned case as co-counsel for Plaintiff Commonwealth of Pennsylvania is Granted.

Dated: 9/11, 2026

Paul A. Engelmayer

Paul A. Engelmayer
UNITED STATES DISTRICT JUDGE